FILED
March 27, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 1:96-cr-5257 DLB
            Plaintiff,    )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
Daniel Perreira,          )
                          )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Daniel Perreira  Case No. 1:96-cr-5257 DLB

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

   X    Release on Personal Recognizance - petition dismissed

   _    Bail Posted in the Sum of _____

        _   Unsecured Appearance Bond

        _   Appearance Bond with 10% Deposit

        _   Appearance Bond secured by Real Property

        _   Corporate Surety Bail Bond

        _   (Other)_____

Issued at  Sacramento, CA  on 3/27/06  at  3:30 p.m.

By _____
   Kimberly J. Mueller
   United States Magistrate Judge