**FILED**
March 27, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )   Case No. 1:96-cr-5257 DLB
                           )
v.                         )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY
Daniel Perreira,           )
                           )
        Defendant.         )

FILED
APR - 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Daniel Perreira** Case No. **1:96-cr-5257 DLB** from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__   Release on Personal Recognizance - petition dismissed

    ___   Bail Posted in the Sum of _____

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond secured by Real Property

        ___   Corporate Surety Bail Bond

        ___   (Other)_____

Issued at __Sacramento, CA__ on _3/27/06_ at __3:30 p.m.__

By _____
Kimberly J. Mueller
United States Magistrate Judge